AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Nicholas Languerand<br>DOB: XXXXXX<br><br>*Defendant(s)* | )<br>)<br>)   Case: 1:21-mj-00369<br>)   Assigned To : Meriweather, Robin M.<br>)   Assign. Date : 4/12/2021<br>)   Description: Complaint w/ Arrest Warrant<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___January 6, 2021___ in the county of _____ in the
_____ in the District of ___Columbia___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|

18 U.S.C. §§ 111(a)(1) and (b) - Assaulting, Resisting, or Impeding an Officer Using a Dangerous Weapon,
18 U.S.C. § 231(a)(3) and §2 - Civil Disorders (Aiding and Abetting),
18 U.S.C. § 641 and §2 - Theft of Government Property (Aiding and Abetting),
18 U.S.C. §§ 1752(a)(1), (2) and (4) and b(1)(A) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority Using a Dangerous Weapon,
40 U.S.C. §§ 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Patricia Norden, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ___04/12/2021___

*Judge's signature*

City and state: ___Washington, D.C.___    Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*